IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JUDITH DARLENE SNOW, | ) | Case No. 18-14846-JDL |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | |

**DEBTOR'S NOTICE OF WITNESSES AND EXHIBITS
FOR HEARING ON DEBTOR'S MOTION FOR DETERMINATION OF
FEES, EXPENSES, OR CHARGES PURSUANT TO RULE 3002.1(E)**

Judith Snow, debtor in the above-captioned case ("Debtor"), pursuant to Local Bankruptcy Rule 9014-1, submits this Notice of Witnesses and Exhibits to provide (i) a brief description of exhibits to potentially be offered, (ii) names of all witnesses to potentially be called, and (iii) an estimated length of time for Debtor to present evidence and argument at the Hearing on Debtor's Motion for Determination of Fees [Doc. No. 13] to be heard on Tuesday, March 12, 2019 at 9:45AM before The Honorable Chief Judge Janice Loyd, 215 Dean A. McGee Ave, 2nd Floor Courtroom, Oklahoma City, OK 73102.

**Witnesses**
Debtor may call any one or more of the following witnesses at the Hearing.

| **No.** | **Witness Name** | **Proposed Testimony** |
|---|---|---|
| 1. | Matthew J. Hudspeth, OBA 14613 | Billing practices of Baer Timberlake, P.C.; Contents, methods, and time related to any Form 410S2 or Proof of Claim filed by Baer Timberlake, P.C. in the above captioned case. |
| 2. | Jim Timberlake, OBA 14945 | Billing practices of Baer Timberlake, P.C.; Contents, methods, and time related to any Form 410S2 or Proof of Claim filed by Baer Timberlake, P.C. in the above captioned case. |
| 3. | Rebuttal witnesses, if necessary | N/A |
| 4. | All witnesses listed by any other party in interest. | N/A |

1

### Exhibits

Debtor may use any one or more of the following exhibits at the Hearing.

| <u>No.</u> | <u>Description</u> |
|---|---|
| 1. | All pleadings filed in this case as of the time of the Hearing |
| 2. | Rebuttal Exhibits |
| 3. | All exhibits listed by any other party |

### Estimated Length of Time to Present Evidence and Argument

Debtor estimates that it will require up to 30 minutes to present evidence and argument at the Hearing.

### Reservation of Rights

The foregoing is being submitted based on information reasonably available to Debtor at this time and without waiving any objection as to relevance, materiality, or admissibility of evidence at the Hearing. Debtor reserves the right at any time to amend, revise, correct, supplement, or clarify this Notice.

Respectfully Submitted,
**SANSONE HOWELL PLLC**

/s/ Jason A. Sansone_____
Jason A. Sansone, OBA No. 30913
Sansone Howell PLLC
4600 SE 29th St., Suite 500
Del City, Oklahoma 73115
Telephone: (405) 455-1032
Facsimile: (866) 679-1329
Email: JSansone@SansoneHowell.com
**COUNSEL FOR DEBTOR**

Dated: February 14, 2019

## CERTIFICATE OF MAILING / ELECTRONIC SERVICE

     I, Jason A. Sansone, hereby certify that on February 14, 2019, a true and correct copy of the above was electronically served using the CM/ECF system to John Hardeman, Chapter 13 Trustee, the Office of the United States Trustee, and:

Quicken Loans, Inc.
c/o Baer Timberlake, P.C.
4200 Perimeter Center, Suite 100
Oklahoma City, OK 73112

                                                        /s/ Jason A. Sansone
                                                        Jason A. Sansone, OBA 30913