IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:

**JUDITH DARLENE SNOW,**

    DEBTOR.

Case No.: BK-18-14846-JDL
Chapter 13

## CREDITOR'S PRELIMINARY WITNESS AND EXHIBIT LIST

    COMES NOW the Creditor, QUICKEN LOANS INC., ("QUICKEN"), through its undersigned counsel, and hereby submits its Preliminary Witness and Exhibit List for the hearing scheduled for March 12, 2019 on Debtor's Objection to Proof of Claim #1 (Doc. 14) and Debtor's Motion for Determination of Fees, Expenses, or Charges Pursuant to Rule 3002.1(E) (Doc. 13).  QUICKEN reserves the right to amend these lists as equity may require and/or allow.

### WITNESSES

| No. | Name | Address | Proposed Testimony |
|---|---|---|---|
| 1. | Expert Witness(es) to be determined | To be determined | Will testify to amount of work, skill and knowledge required to receive, process and prepare foreclosure actions and bankruptcy Proof of Claim matters along with reasonableness of fees and expenses challenged herein. |
| 2. | All witnesses of other parties not objected to by QUICKEN | | |
| 3. | All necessary records custodians | | Identify and/or authenticate Creditor's exhibits |

### EXHIBITS

| No. | EXHIBIT |
|---|---|
| 1. | Invoice(s) for Foreclosure Fees and Expenses |
| 2. | Invoice(s) for Bankruptcy Fees and Expenses |
| 3. | Pleadings and Claims Filed herein |
| 4. | Note dated March 16, 2017 |
| 5. | Mortgage dated March 16, 2017 recorded March 29, 2017 in Book 13395 Page 629 of the Oklahoma County Clerk |
| 6. | Any exhibit needed for impeachment or rebuttal purposes |
| 7. | Debtor's exhibits not objected to by QUICKEN |

QUICKEN LOANS INC.

By: <u>s/ Matthew J. Hudspeth</u>
MATTHEW J. HUDSPETH - #14613
JIM TIMBERLAKE - #14945
Baer Timberlake, P.C.
4200 Perimeter Center, Suite 100
Oklahoma City, OK 73102
Telephone: (405) 842-7722
Fax: (918) 794-2768
mhudspeth@baer-timberlake.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

I hereby certify that I mailed a true and correct copy of the above and foregoing Preliminary Witness and Exhibit List with postage thereon fully prepaid to the parties listed below on February 21, 2018.

Judith Darlene Snow
1713 Hampton Dr.
Oklahoma City, OK 73115

      The following persons should have received notice of the above and foregoing instrument on the same day it was filed by the Court's CM/ECF Electronic Noticing System.

John T. Hardeman
P.O. Box 1948
Oklahoma City, OK  73101

Jason A. Sansone
Sansone Howell PLLC
Arvest Bank Tower, Suite 500
4600 SE 29th St
Del City, OK  73115

                      By:        s/ Matthew J. Hudspeth_____
                                  MATTHEW J. HUDSPETH - #14613
                                  JIM TIMBERLAKE - #14945
                                  Baer Timberlake, P.C.
                                  4200 Perimeter Center, Suite 100
                                  Oklahoma City, OK 73102
                                  Telephone: (405) 842-7722
                                  Fax: (918) 794-2768
                                  mhudspeth@baer-timberlake.com
                                  Attorney for Creditor