|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**WESTERN DISTRICT OF OKLAHOMA** | **FILED**<br>Mar. 1, 2019<br>Douglas E. Wedge , Clerk<br>U.S. Bankruptcy Court<br>Western District of Oklahoma |

**IN RE:**

**Judith Darlene Snow**

    Debtor(s).

Case Number:  18–14846 – JDL

Chapter  13

# NOTICE OF HEARING

( F.R.Bankr.P. 9014)

You are hereby noticed that

*29* – Application to Reschedule Hearing On (related documents 27 Notice of Hearing) With Brief in Support, With Certificate of Service, With Notice and Opportunity for Hearing, Filed by Matthew J. Hudspeth of Baer and Timberlake PC on behalf of QUICKEN LOANS INC. (Hudspeth, Matthew)

will be heard by Judge Janice D. Loyd on **March 6, 2019** at **09:30 AM** in the **2nd Floor Courtroom, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102.**

Dated:  **March 1, 2019**

BY ORDER OF THE COURT,
Douglas E. Wedge, Clerk

By: /s/Debbie Rohde
Debbie Rohde, Deputy