IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JUDITH DARLENE SNOW, | ) | Case No. 18-14846-JDL |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | |

**DEBTOR'S NOTICE OF WITNESSES AND EXHIBITS FOR APRIL 12 HEARING**

Judith Snow, debtor in the above-captioned case ("Debtor"), pursuant to Local Bankruptcy Rule 9014-1, submits this Notice of Witnesses and Exhibits to provide (i) a brief description of exhibits to potentially be offered, (ii) names of all witnesses to potentially be called, and (iii) an estimated length of time for Debtor to present evidence and argument at the Hearing on Debtor's Amended Objection to Proof of Claim #1 [Doc. No. 48] and Amended Motion for Determination of Fees [Doc. No. 47] to be heard on Friday, April 12, 2019 at 9:30AM before The Honorable Chief Judge Janice Loyd, 215 Dean A. McGee Ave, 2nd Floor Courtroom, Oklahoma City, OK 73102.

**Witnesses**
Debtors may call any one or more of the following witnesses at the Hearing.

| No. | Witness Name | Proposed Testimony |
|---|---|---|
| 1. | Rebekah Qavi, or other authorized corporate representative | Billing practices of Lamun Mock Cunnyngham & Davis; Contents, methods, and time related to the preparation and filing of Form 410S2 and/or Proof of Claim. |
| 2. | Vinay Prasad, or other authorized corporate representative | Billing practices of Lamun Mock Cunnyngham & Davis; Contents, methods, and time related to the preparation and filing of Form 410S2 and/or Proof of Claim. |
| 3. | Greg Young, OBA 20899 | Billing practices of Lamun Mock Cunnyngham & Davis; Contents, |

1

|  |  |  |
|---|---|---|
|  |  | methods, and time related to the preparation and filing of Form 410S2 and/or Proof of Claim. |
| 4. | Sherell Everette Dunn, or other authorized corporate representative of Wells Fargo Bank N.A. | Billing practices of Wells Fargo Bank N.A.; Contents, methods, and time related to the preparation and filing of Form 410S2 and/or Proof of Claim. |
| 5. | Matthew J. Hudspeth, OBA 14613 | Billing practices of Baer Timberlake, P.C.; Contents, methods, and time related to the preparation and filing of Form 410S2 and/or Proof of Claim. |
| 6. | Jim Timberlake, OBA 14945 | Billing practices of Baer Timberlake, P.C.; Contents, methods, and time related to the preparation and filing of Form 410S2 and/or Proof of Claim. |
| 7. | Michael George, OBA 22570 | Billing practices of Kivell, Rayment & Francis, P.C.; Contents, methods, and time related to the preparation and filing of Form 410S2 and/or Proof of Claim. |
| 8. | Kirk Cejda, OBA 12241 | Billing practices of Shapiro & Cejda, LLC; Contents, methods, and time related to the preparation and filing of Form 410S2 and/or Proof of Claim. |
| 9. | Lesli Bailey-Peterson, OBA 14177 | Billing practices of Shapiro & Cejda, LLC; Contents, methods, and time related to the preparation and filing of Form 410S2 and/or Proof of Claim. |
| 10. | Rebuttal witnesses, if necessary | N/A |
| 11. | All witnesses listed by any other party in this matter or in *In re Fanning* (18-11163-JDL) or *In re Morris* (18-13787-JDL). | N/A |

### Exhibits
Debtors may use any one or more of the following exhibits at the Hearing.

| No. | Description |
| --- | --- |
| 1. | All pleadings filed in this case as of the time of the Hearing |
| 2. | All pleadings filed in *In re Fanning* (18-11163-JDL), *In re Morris* (18-13787-JDL), *In re Sherwan* (18-10134-JDL), and *In re Mason* (17-14878-JDL) as of the time of the Hearing. |
| 3. | Rebuttal Exhibits |
| 4. | All exhibits listed by any other party in this matter or in *In re Fanning* (18-11163-JDL) or *In re Morris* (18-13787-JDL). |

### Estimated Length of Time to Present Evidence and Argument

Debtors estimate that it will require up to 1 hour to present evidence and argument at the Hearing.

### Reservation of Rights

The foregoing is being submitted based on information reasonably available to Debtors at this time and without waiving any objection as to relevance, materiality, or admissibility of evidence at the Hearing. Debtors reserve the right at any time to amend, revise, correct, supplement, or clarify this Notice.

Respectfully Submitted,
**SANSONE HOWELL PLLC**

/s/ Jason A. Sansone
Jason A. Sansone, OBA No. 30913
Sansone Howell PLLC
4600 SE 29th St., Suite 500
Del City, Oklahoma 73115
Telephone: (405) 455-1032
Facsimile: (866) 679-1329
Email: JSansone@SansoneHowell.com
**COUNSEL FOR DEBTOR**

Dated: March 22, 2019

## CERTIFICATE OF MAILING / ELECTRONIC SERVICE

      I, Jason A. Sansone, hereby certify that on March 22, 2019, a true and correct copy of the above was electronically served using the CM/ECF system to John Hardeman, Chapter 13 Trustee, the Office of the United States Trustee, and:

Quicken Loans, Inc.
c/o Baer Timberlake, P.C.
4200 Perimeter Center, Suite 100
Oklahoma City, OK 73112

                                            /s/ Jason A. Sansone
                                            Jason A. Sansone, OBA 30913