**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

IN RE:

**JUDITH DARLENE SNOW,**

     DEBTOR.

**Case No.: BK-18-14846-JDL**
**Chapter 13**

## SECOND AMENDED CREDITOR'S WITNESS AND EXHIBIT LIST

COMES NOW the Creditor, QUICKEN LOANS INC., ("QUICKEN"), through its undersigned counsel, and hereby submits its Second Amended Witness and Exhibit List for the hearing scheduled for April 12, 2019 on Debtor's Amended Objection to Proof of Claim #1 (Doc. 48) and Debtor's Amended Motion for Determination of Fees, Expenses, or Charges Pursuant to Rule 3002.1(E) (Doc. 47). QUICKEN continues to reserve the right to amend these lists as equity may require and/or allow.

## WITNESSES

| No. | Name | Address | Proposed Testimony |
|-----|------|---------|--------------------|
| 1. | Michael L. McCormick | 1544 Old Alabama Rd. Roswell, GA 30076 (678) 281-3918 | Will testify to amount of work, skill and knowledge required to receive, process and prepare bankruptcy Proof of Claim matters along with reasonableness of fees and expenses challenged herein. |
| 2. | Bret D. Davis | 5613 N. Classen Blvd. Oklahoma City, OK 73118 (405) 840-5900 | Will testify to amount of work, skill and knowledge required to receive, process and prepare foreclosure matters and/or bankruptcy Proof of Claim matters along with reasonableness of fees and expenses challenged herein. |
| 3. | O. Clifton Gooding | 204 N. Robinson Ave. Suite 650 Oklahoma City, OK 73102 (405) 948-1978 | Will testify to amount of work, skill and knowledge required to receive, process and prepare bankruptcy Proof of Claim matters along with reasonableness of fees and expenses challenged herein |
| 4. | Kim Jenkins | Baer Timberlake, P.C. 4200 Perimeter Center, Suite 100 Oklahoma City, OK 73102 (405) 842-7722 | Will testify to amount of work, skill and knowledge required to receive, process and prepare foreclosure matters along with reasonableness of fees and expenses challenged herein. |

| No. | Name | Address | Proposed Testimony |
|-----|------|---------|--------------------|
| 5. | All witnesses of other parties not objected to by QUICKEN | | |
| 6. | Records custodians | | Identify and/or authenticate Creditor's exhibits |

## **EXHIBITS**

| No. | EXHIBIT |
|-----|---------|
| 1. | Invoice(s) for Foreclosure Fees and Expenses |
| 2. | Invoice(s) for Bankruptcy Fees and Expenses |
| 3. | Pleadings and Claims Filed herein |
| 4. | Note dated March 16, 2017 |
| 5. | Mortgage dated March 16, 2017 recorded March 29, 2017 in Book 13395 Page 629 of the Oklahoma County Clerk |
| 6. | Any exhibit needed for impeachment or rebuttal purposes |
| 7. | Debtor's exhibits not objected to by QUICKEN |

QUICKEN LOANS INC.

By:    s/ Matthew J. Hudspeth
MATTHEW J. HUDSPETH - #14613
JIM TIMBERLAKE - #14945
Baer Timberlake, P.C.
4200 Perimeter Center, Suite 100
Oklahoma City, OK 73102
Telephone: (405) 842-7722
Fax: (918) 794-2768
mhudspeth@baer-timberlake.com
Attorney for Creditor

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I mailed a true and correct copy of the above and foregoing Second Amended Witness and Exhibit List with postage thereon fully prepaid to the parties listed below on March 22, 2019.

Judith Darlene Snow
1713 Hampton Dr.
Oklahoma City, OK 73115

      The following persons should have received notice of the above and foregoing instrument on the same day it was filed by the Court's CM/ECF Electronic Noticing System.

John T. Hardeman
P.O. Box 1948
Oklahoma City, OK  73101

Jason A. Sansone
Sansone Howell PLLC
Arvest Bank Tower, Suite 500
4600 SE 29th St
Del City, OK  73115

By:      <u>s/ Matthew J. Hudspeth</u>
         MATTHEW J. HUDSPETH - #14613
         JIM TIMBERLAKE - #14945
         Baer Timberlake, P.C.
         4200 Perimeter Center, Suite 100
         Oklahoma City, OK 73102
         Telephone: (405) 842-7722
         Fax: (918) 794-2768
         mhudspeth@baer-timberlake.com
         Attorney for Creditor

3